UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| STANLEY ALLEN </br>*Plaintiff* </br>v. </br>VILLAGE OF CALUMET PARK, ET AL. </br>*Defendant* | ) </br> ) </br> ) Civil Action No. 15-CV-06064 </br> ) </br> ) </br> ) |

## COOK COUNTY STATE'S ATTORNEY'S OFFICE'S RESPONSE TO RULE TO SHOW CAUSE FILED BY DEFENDANT VILLAGE OF CALUMET PARK

NOW COMES the Cook County State's Attorney's Office (CCSAO), by Kimberly M. Foxx, through her Assistant, Megan Inskeep, in response to a Motion for Rule to Show Cause, filed by the Village of Calumet Park, regarding the production of the criminal file of Plaintiff, Stanley Allen, 13 CR 16693, re-indicted as 13 CR 17711. In support of its response, CCSAO states the following:

1. On February 21, 2019, the undersigned was assigned to produce a redacted copy of the criminal file of Stanley Allen, 13 CR 16693, re-indicted as 13 CR 17711, pursuant to a subpoena filed by Defendant in the instant matter. On that date, the undersigned sent correspondence via electronic mail to Defendant's counsel, Gail Reich, informing her that I had just received the subpoena, was ordering the file, but would not be able to produce the same by March 1, 2019 as requested. (Ex. A.)

2. On April 30, 2019[1], the undersigned informed Defense counsel that she had received the file, would be sending redacted pages piece-meal with a privilege log, and that there were multiple discs that needed to be reviewed and send out-of-the office for duplication.

---

[1] Although the undersigned had informed defense counsel of an upcoming medical leave from the office out of courtesy, the undersigned feels it was improper for defense counsel to name the same in a publically filed motion, in violation of HIPAA.

1

Defense counsel made no mention of a motion to compel and merely responded with billing information for the disc duplication. (Ex. B.)

3. After a thorough review of the file, 23 CD ROM discs were discovered. Each required review by the undersigned prior to being sent for duplication. All but one were sent for duplication, the last being withheld because it contained HIPAA protected health information.

7. On Friday, May 3, 2019, the undersigned informed Defense counsel that she was having trouble uploading the large files via email. On that date at 4:44 pm, Defense counsel forwarded a 'sharefile' link to upload the files. (Ex. C.)

8. On Monday, May 6, 2019, the undersigned started uploading 200+ pages of the criminal file, along with a privilege log, on a near daily basis. (Group Ex. D.)

9. On May 14, 2019, the undersigned sought written confirmation that no motion to compel had been filed as 1900 pages of the 2142 pages and 22 CD ROM discs had already been produced to date. (Ex. E.) At 8 pm on May 14, 2019 defense counsel forwarded the instant Motion for Rule to Show Cause. The same had evidently been filed May 9, 2019 but no notice had been given to CCSAO. [Dkt. 71.] (Ex. F.)

10. As a procedural note, if defense counsel truly found it necessary to file a motion, she should have filed a motion to compel, and the court entered a date certain, prior to filing a motion for rule to show cause. Defense counsel instead circumvented procedure and immediately filed a motion for rule to show cause. This was done only after CCSAO had already produced 22 CD-ROM discs and several hundred pages of documents.

10. As of May 15, 2019, defense counsel has received the entire criminal file with appropriate materials redacted and an accompanying privilege log documenting the redactions. (Ex. G.)

11.     As the criminal file has been produced and the CCSAO is in full compliance with the subpoena at issue, defense counsel's instant motion is warrantless and moot. It should be withdrawn it it's entirely. Should defense counsel not withdraw her motion, the same should be stricken by this court.

WHEREFORE, the Cook County State's Attorney's Office, respectfully requests this Honorable Court enter an order striking Defendant's Motion for Rule to Show Cause.


Dated: May 15, 2019                        Very truly yours,

                                            KIMBERLY M. FOXX
                                            State's Attorney of Cook County

                        By:    */s/Megan E. Inskeep*
                                   Megan E. Inskeep
                                   Assistant State's Attorney
                                   Workers' Compensation Section



This email and/or any attachments may contain information that is confidential and/or protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please notify the sender and delete/destroy it and any attachments (electronic and hard copies). Thank you.

**From:** Megan Inskeep (States Attorney) [mailto:Megan.Inskeep@cookcountyil.gov]
**Sent:** Thursday, February 21, 2019 10:26 AM
**To:** greich@okgc.com
**Subject:** Allen, Stanley, v Calumet Park
**Importance:** High

Counsel, I'm in receipt of your subpoena and will be ordering the requested file. Please note that it will not be available for production by March 1st. 2013 cases are stored in the warehouse and it will take some time to locate, deliver to me, and for me to review the file for any privileged information. If there is specific information you are seeking please let me know as that could speed up the process.
Please let me know if you are under any discovery deadlines and, if necessary, I can appear in court and explain the time situation to the judge.
Thanks. Meg.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902    E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

10



4

**Megan Inskeep (States Attorney)**

| | |
|---|---|
| **From:** | Magdalena Halbowicz <MHalbowicz@okgc.com> |
| **Sent:** | Tuesday, April 30, 2019 2:52 PM |
| **To:** | Megan Inskeep (States Attorney) |
| **Cc:** | GReich@okgc.com; mhalbowicz@okgc.com |
| **Subject:** | RE: Allen, Stanley, v Calumet Park |

Megan,

Per you request, below is our billing information for Record Copy Services. Thank you.

    Matter Reference: Calumet Park/Allen

    Attn.: Lisa Judy
    O'Halloran Kosoff Geitner & Cook, LLC
    650 Dundee Road - Fourth Floor
    Northbrook, IL 60062
    Office: (847) 291-0200
    Fax: (847) 291-9230
    ljudy@okgc.com

Sincerely,
Magdalena O. Halbowicz
Paralegal
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL 60062
Main: (847) 291-0200
Direct: (224) 406-8425
Fax: (847) 291-9230
www.okgc.com



OKGC
O'HALLORAN KOSOFF
GEITNER & COOK, LLC

This email and/or any attachments may contain information that is confidential and/or protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please notify the sender and delete/destroy it and any attachments (electronic and hard copies). Thank you.

---

**From:** Megan Inskeep (States Attorney) [mailto:Megan.Inskeep@cookcountyil.gov]
**Sent:** Tuesday, April 30, 2019 10:40 AM
**To:** GReich@okgc.com
**Cc:** 'Magda Halbowicz'
**Subject:** RE: Allen, Stanley, v Calumet Park

EXHIBIT B

Gail – I just discovered that the file had been saved in separate locations. I now have all files. It appears to be about 5000 pages. As such, I'll be sending it in pieces and will start the process this week. We have located multiple video tapes as well – I believe 7-10 discs. Please send your billing

1

**Megan Inskeep (States Attorney)**

| | |
|---|---|
| **From:** | mail@sf-notifications.com on behalf of Gail Reich <mail@sf-notifications.com> |
| **Sent:** | Friday, May 03, 2019 4:44 PM |
| **To:** | Megan Inskeep (States Attorney) |
| **Subject:** | Stanley Allen v. Calumet Park |



OKGC
O'HALLORAN KOSOFF
GEITNER & COOK, LLC
ATTORNEYS AT LAW

Gail Reich has requested that you upload a file using ShareFile.

A note from Gail :
Megan,

Files may be sent to us using the attached link.

Thank you,

Gail



Trouble with the above link? You can copy and paste the following URL into your web browser:
https://okgc.sharefile.com/r-43313bd7747142ed

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2019



EXHIBIT C

**Cc:** 'Magda Halbowicz'
**Subject:** RE: Allen, Stanley, v Calumet Park

Megan,

We will send you a sharefile link where you can upload the files simply by drag & drop. Please look for it.

Kind regards,

Gail L. Reich
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL 60062
Office: (847) 291-0200
Direct: (224) 406-8414
Fax: (847) 291-9230
www.okgc.com

**OKGC**
O'HALLORAN KOSOFF
GEITNER & COOK, LLC

This email and/or any attachments may contain information that is confidential and/or protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please notify the sender and delete/destroy it and any attachments (electronic and hard copies). Thank you.

**From:** Megan Inskeep (States Attorney) [mailto:Megan.Inskeep@cookcountyil.gov]
**Sent:** Friday, May 03, 2019 4:25 PM
**To:** GReich@okgc.com
**Cc:** 'Magda Halbowicz'
**Subject:** RE: Allen, Stanley, v Calumet Park

Gail – I'm having a lot of trouble downloading and attaching the files to email. I'll be working with IT on this issue. Because you are in Northbrook we can't merely burn a disc and have that delivered. I will update you on how IT wants to handle this on Monday. In the meantime, all discs have been delivered to RCS for duplication with your billing information and you should receive the discs directly from RCS when they are ready. Thank you for your patience in this process.
Meg.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902  E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

7

**Megan Inskeep (States Attorney)**

| | |
|---|---|
| **From:** | Megan Inskeep (States Attorney) |
| **Sent:** | Tuesday, May 14, 2019 2:42 PM |
| **To:** | GReich@okgc.com |
| **Subject:** | RE: Allen, Stanley, v Calumet Park |
| **Attachments:** | Amended Priv log 1-1900 of 2142 Allen.pdf |

I have now uploaded pages 1661-1900 of 2142 into the sharefile account and attach the amended privilege log with this email.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902  E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Megan Inskeep (States Attorney)
**Sent:** Tuesday, May 14, 2019 1:36 PM
**To:** GReich@okgc.com
**Subject:** RE: Allen, Stanley, v Calumet Park

I have now uploaded pages 1456-1660 of 2142 into the sharefile account and attach the amended privilege log with this email.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902  E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Megan Inskeep (States Attorney)
**Sent:** Monday, May 13, 2019 3:44 PM
**To:** GReich@okgc.com
**Subject:** RE: Allen, Stanley, v Calumet Park

I have uploaded pages 1251-1455 of 2142 into the sharefile account and attach the amended privilege log with this email.



**Megan E. Inskeep**
Assistant State's Attorney

EXHIBIT D
1

Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902    E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Megan Inskeep (States Attorney)
**Sent:** Friday, May 10, 2019 3:16 PM
**To:** GReich@okgc.com
**Subject:** RE: Allen, Stanley, v Calumet Park
**Importance:** High

I have just uploaded pages 1041-1250 of 2142 into your sharefile account. I am attaching the amended privilege log herein.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902    E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Megan Inskeep (States Attorney)
**Sent:** Friday, May 10, 2019 1:55 PM
**To:** GReich@okgc.com
**Subject:** RE: Allen, Stanley, v Calumet Park
**Importance:** High

I have just uploaded pages 802-1040 of 2142 into your sharefile account. I am attaching the amended privilege log herein.
Thank you.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902    E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Megan Inskeep (States Attorney)
**Sent:** Thursday, May 09, 2019 3:55 PM
**To:** GReich@okgc.com
**Subject:** RE: Allen, Stanley, v Calumet Park
**Importance:** High

2

9

Gail – I have just uploaded pages 601-801 of the 2142 page file. I am attaching the amended privilege log. As stated previously, I'll be uploading at least 200 pages daily until the entire file has been sent. All documents will be in your possession by May 16th making any motion moot. Thank you.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902   E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Megan Inskeep (States Attorney)
**Sent:** Wednesday, May 08, 2019 4:07 PM
**To:** GReich@okgc.com
**Subject:** RE: Allen, Stanley, v Calumet Park

Gail – I have just uploaded pages 401-600 and herein attach the amended privilege log. A great deal of the information to come is from your client's files, including witness statements, etc. You have already received all discs which also were within your client's files. I plan on uploading at least 200 pages a day until completion. I ask that you reconsider filing a frivolous motion to compel as we are complying with the subpoena on a daily basis and it will prove moot by the 16th. I can't imagine Judge Wood would look kindly upon a waste of her time.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902   E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Megan Inskeep (States Attorney)
**Sent:** Wednesday, May 08, 2019 9:29 AM
**To:** GReich@okgc.com
**Subject:** RE: Allen, Stanley, v Calumet Park
**Importance:** High

Gail – I was out yesterday with a sick child. I will have the file produced before the 16th. The discrepancy was that we are estimating the page – when scanned my estimate was off. I also discovered the myriad of discs when I sent to RCS due to the volume. I was further able to redact and send you 400 pages in 2 days. I don't have the ability to send files to outside websites when not physically at the office – so the Sharefile wasn't possible. When I came in that morning (Monday) I immediately uploaded the files I had attempted to send Friday. I think was able to combine many together for ease of use due to Sharefile being able to handle larger attachments.

I am well aware of your practice, your time with the City, and issues with CCSAO producing criminal files. This isn't an issue of allocation of my workday. This is an issue with the layers of

3

**Megan Inskeep (States Attorney)**

| | |
|---|---|
| **From:** | Megan Inskeep (States Attorney) |
| **Sent:** | Monday, May 06, 2019 9:12 AM |
| **To:** | GReich@okgc.com |
| **Cc:** | 'Magda Halbowicz' |
| **Subject:** | RE: Allen, Stanley, v Calumet Park |
| **Attachments:** | Priv log 1-255 of 2142 ALLEN.pdf |

Gail – I've been able to upload pages 1-255. I'm attaching the privilege log for those pages herein. I should be able to upload at least 200 pages a day until all 2142 pages are uploaded per the link you provided. Please let me know when you receive the CD disc copies from Record Copy Service. Thank you.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902    E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Gail Reich [mailto:GReich@okgc.com]
**Sent:** Friday, May 03, 2019 5:10 PM
**To:** Megan Inskeep (States Attorney)
**Cc:** 'Magda Halbowicz'
**Subject:** RE: Allen, Stanley, v Calumet Park

Additionally, I have to be downtown for a status hearing in Federal Court on another case at 9:15. I can stop by your office after that to pick anything up that you have. Please just let me know. If you need to call, please feel free to try my cell phone at 773-259-5822. Thanks.

Kind regards,

Gail L. Reich
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL 60062
Office: (847) 291-0200
Direct: (224) 406-8414
Fax: (847) 291-9230
www.okgc.com



OKGC
O'HALLORAN KOSOFF
GEITNER & COOK, LLC

1

**Megan Inskeep (States Attorney)**

| | |
|---|---|
| **From:** | Megan Inskeep (States Attorney) |
| **Sent:** | Tuesday, May 14, 2019 2:44 PM |
| **To:** | GReich@okgc.com |
| **Subject:** | RE: Allen, Stanley, v Calumet Park |
| | |
| **Importance:** | High |

I have not received an email update from you since the 7th. As of right now, I've uploaded pages 1-1900 of the 2142 with accompanying privilege logs. The remainder will be sent tomorrow. I have not received a motion to date; please confirm in writing no motion to compel will be filed.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902   E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Gail Reich [mailto:GReich@okgc.com]
**Sent:** Tuesday, May 07, 2019 9:30 PM
**To:** Megan Inskeep (States Attorney)
**Subject:** RE: Allen, Stanley, v Calumet Park
**Importance:** High

Meg,

I have received DVDs and CDs from Record Copy Service. There may be an issue with one of the discs.

On 4/29/19, I informed you that I had no other choice than to file a motion with the court after numerous delays in response to the subpoena for the criminal file in this case. On 4/30/19, you sent two emails, the first of which stated that you had received the file on 4/24/19 and would be able to get the file to me last week. You then wrote a second email stating that you "discovered" that the file had been saved in separate locations and that you "now" had all the files, and that there appeared to be 5000 pages. You stated that you would be sending the file in pieces and would "start the process" last week. Per your request, we sent our billing information for Record Copy Service so that discs could be copied. You then stated that any motion to compel would prove unnecessary as you were "moving forward as quickly as possible on this." You also wrote that you are "in and out of the office so much" that email is the best form of communication.

I heard nothing until late Friday afternoon (May 3), when you wrote that you were "having trouble downloading and attaching the files to email and that you would be working with IT on the issue. You also stated that because my office was located in Northbrook, you couldn't "merely burn a disc and have that delivered." I immediately forwarded you a link to Sharefile, so that you could upload the files to a secure server, thereby obviating the need for burning a disc. Additionally, I emailed you shortly thereafter advising that I would be in the City on Monday for a status hearing in Federal court and would be able to stop by to pick anything up that you have. I left you my cell phone number for that purpose. You did not return my call or my email.



EXHIBIT
E

1

**Megan Inskeep (States Attorney)**

| | |
|---|---|
| From: | Gail Reich <GReich@okgc.com> |
| Sent: | Tuesday, May 14, 2019 8:01 PM |
| To: | Megan Inskeep (States Attorney) |
| Cc: | Magda Halbowicz; 'Gail Reich' |
| Subject: | RE: Allen, Stanley, v Calumet Park |
| Attachments: | MOT_Def's Mot to Show Cause to CCSA filed 5_9_19 (#71)1905101205.pdf |

Meg,

I have received the following files:
1-255
256-400
401-600
601-801
802-1040
1041-1250
1251-1455
1456-1660
1661-1900

I have also received privilege logs for
1-400
1-600
1-801
1-1040
1-1250
1-1455
1-1660
1-1900

The motion should have been sent to you. I apologize for the error. I've attached it here. So long as everything is received by close of business on 5/15/19, you need not appear. I do not want to inconvenience you or waste your time. I will advise the court (as I did you) that I filed the motion pursuant to the judge's statements on the last court date in order to preserve my clients rights and I will ensure that Judge Wood is aware of the production you have made. I will ask to enter and continue the motion not only because notice was not provided on the date the motion was filed, but also so I can review what has been produced. Barring any issues, I will withdraw the motion on the following court date.

Kind regards,

Gail L. Reich
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL 60062
Office: (847) 291-0200
Direct: (224) 406-8414
Fax: (847) 291-9230
www.okgc.com



1

**Megan Inskeep (States Attorney)**

| | |
|---|---|
| **From:** | Megan Inskeep (States Attorney) |
| **Sent:** | Wednesday, May 15, 2019 11:28 AM |
| **To:** | GReich@okgc.com |
| **Cc:** | Magda Halbowicz |
| **Subject:** | RE: Allen, Stanley, v Calumet Park |
| **Attachments:** | Amended Privilege Log 1-2142 Allen.pdf; letter to counsel -- close file.pdf |
| **Importance:** | High |

Gail – I have now uploaded ALL 2142 pages of the criminal file per your subpoena, and attach my final amended privilege log and catalog of CD-ROM discs produced herein. Please also see the attached letter closing our file.

To be clear, you first sent me notice of your motion last night at 8 pm. Your motion was evidently filed on the 9th, after we had started uploading document to your Sharefile account, but no notice was given of the same.

I will be attending court tomorrow to ensure the record is clear on our compliance.



**Megan E. Inskeep**
Assistant State's Attorney
Civil Actions Bureau – Workers Compensation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.1902   E: megan.inskeep@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Gail Reich [mailto:GReich@okgc.com]
**Sent:** Tuesday, May 14, 2019 8:01 PM
**To:** Megan Inskeep (States Attorney)
**Cc:** Magda Halbowicz; 'Gail Reich'
**Subject:** RE: Allen, Stanley, v Calumet Park

Meg,

I have received the following files:
1-255
256-400
401-600
601-801
802-1040
1041-1250
1251-1455
1456-1660
1661-1900

I have also received privilege logs for
1-400
1-600

EXHIBIT G

1

14